| *Trustee's Name, Address, Phone, Fax, Email:*<br>David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI 96812-4379<br>Phone: (808) 222-3133<br>Fax: (866) 559-2922<br>Email: farmerd001@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
|---|---|
| Debtor(s):<br>PALER, RAYMOND WAYNE | Case No.: 05-00015 FJR<br><br>Chapter 7 |

| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** ||
|---|---|
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ 2,757.70 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
| 10 | Francis Y. Toyama<br>P.O. Box 17536<br>Honolulu HI 96817 | $ 2,757.70 |

| Dated: March 4, 2010 | /s/ David C. Farmer<br>     Trustee |
|---|---|